AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Brennen Cline Machacek | )   Case: 1:22-mj-00270<br>)   Assigned to: Judge Meriweather, Robin M.<br>)   Assign Date: 12/12/2022<br>)   Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*           **Brennen Cline Machacek**           ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building ;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     12/12/2022

Robin M. Meriweather   Digitally signed by Robin M. Meriweather
Date: 2022.12.12 13:28:08 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/12/2022 and the person was arrested on *(date)* 12/19/2022<br>at *(city and state)* Fayetteville, Arkansas |
| Date: 12/19/2022           *Arresting officer's signature*<br><br>           SA George Handley<br>           *Printed name and title* |