UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE No. 1:22-mj-00270-RMM |
| | ) | |
| BRENNAN CLINE MACHACEK | ) | DEFENDANT |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case as retained counsel.

Respectfully submitted,

/s/ Justin Eisele
Justin Eisele
PO BOX 1127
Rockville, MD 20850
PH: 301.513.7832 FX: 443.588.0400
justin.eisele@seddiqlaw.com