# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 22-mj-270 |
| : | |
| **BRENNEN MACHACEK** : | |
| : | |
| **Defendant.** : | |

# ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the currently scheduled status hearing on February 7, 2023 be continued for good cause to March 14, 2023 at 1:00 p.m.; and it is further

**ORDERED** that the time between February 7, 2023, and March 14, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery.

_____
THE HONORABLE ZIA M. FARUQUI
United States Magistrate Judge