UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE No. 1:22-mj-00270-RMM |
| | ) | |
| BRENNAN CLINE MACHACEK | ) | DEFENDANT |

## ORDER ON UNCONTESTED MOTION TO CONTINUE STATUS CONFERENCE DATE

ORDERED that the Defense Uncontested Motion to Continue Status Conference is GRANTED; the hearing is continued to Apr. 13, 2023 at 1:00pm; it is

FURTHER ORDERED that the Speedy Trial Act shall be tolled until the new status conference date of Apr. 13, 2023, in the interests of justice.

The parties shall appear at the next hearing via zoom.

SO ORDERED.

DATE:

G. MICHAEL HARVEY
United States Magistrate Judge